UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANJINDER SINGH BEESLA,

    Plaintiff,

v.

STATE OF WASHINGTON GOVERNER JAY INSLEE,

    Defendant.

CASE NO. 3:21-cv-05611-JCC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.
(2) The *in forma pauperis* motion (Dkt. 4) is denied and this matter is dismissed without prejudice. The case is closed.
(3) The Clerk is directed to send copies of this order to plaintiff and to the Hon. J. Richard Creatura.

//
//
//
//

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1   DATED this 8th day of October 2021.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2